■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUNIOR COLLINS, Appellant, v NEW YORK STATE DEPARTMENT OF COR-

RECTIONS AND COMMUNITY SUPERVISION, Respondent. [17 NYS3d 347]—

Appeal from a judgment (denominated order) of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), dated May 12, 2014 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Petitioner commenced this proceeding seeking a writ of habeas corpus, contending that he was improperly sentenced as a persistent violent felony offender. We conclude that Supreme Court properly denied the petition. "Habeas corpus relief is unavailable where[,] [as here,] a claim could have been raised on direct appeal or in a CPL article 440 motion" (*People ex rel. Tislon v Rock*, 84 AD3d 1606, 1607 [2011], *lv denied* 17 NY3d 712 [2011]; *see Matter of Caroselli v Goord*, 269 AD2d 706, 706 [2000], *lv denied* 95 NY2d 754 [2000]). Indeed, we note that petitioner's contention was in fact raised and rejected on a prior CPL article 440 motion. Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.